AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) Ramos, Nelva G. | 2. Court or Organization U.S. District Court, Texas | 3. Date of Report 01/26/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge | 5a. Report Type (check appropriate type) [✓] Nomination. Date 01/26/2011  [ ] Initial  [ ] Annual  [ ] Final  5b. [ ] Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address 901 Leopard #804 Corpus Christi, Texas 78401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting Individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Nueces County Juvenile Board |
| 2. Board Member | Nueces County Purchasing Board |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[ ] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2001 | State of Texas Judicial Retirement Plan |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2009 | State of Texas - salary | $125,000.00 |
| 2. | 2009 | Nueces County - salary | $15,000.00 |
| 3. | 2010 | State of Texas - salary | $125,000.00 |
| 4. | 2010 | Nueces County - salary | $15,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section. (Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2010 | Onyx Engineering - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rumos, Nelva G. | 01/26/2011 |

# VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Wells Fargo Bank - Accounts, CD | A | Interest | J | T | Exempt | | | | |
| 2. First National Bank Accounts | A | Interest | J | T | | | | | |
| 3. Edward Jones Money Market | A | Dividend | K | T | | | | | |
| 4. Cleveland OH Arpt Sys A Rev | A | Interest | J | T | | | | | |
| 5. Franklin Fed Tax-Free Income A | B | Dividend | K | T | | | | | |
| 6. FT Bld Amer Bds 10-20 Yr #1 | B | Interest | K | T | | | | | |
| 7. Vanguard Welllington | A | Dividend | K | T | | | | | |
| 8. Davis New York Venture Fund | A | Dividend | K | T | | | | | |
| 9. Vanguard Insti Index Fund | A | Dividend | K | T | | | | | |
| 10. Fidelity Diversified Intl Fund | A | Dividend | K | T | | | | | |
| 11. Texas Municipal Retirement System | A | Interest | J | T | | | | | |
| 12. BR MOD 6-9 Age-Based Option A | A | Dividend | J | T | | | | | |
| 13. BR MOD 6-9 Age-Based Option - B | A | Dividend | J | T | | | | | |
| 14. Loomis Sayles Bond Ret Opt | | None | J | T | | | | | |
| 15. American Funds Fundamental Inv Inv Opt | | None | J | T | | | | | |
| 16. American Funds Grth Fund of Amer Inv Opt | | None | J | T | | | | | |
| 17. Oppenheimer Global Ret Opt | | None | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4) — A. $1,000 or less — F. $50,001-$100,000
2. Value Codes: (See Columns C1 and D3) — J. $15,000 or less — N. $250,001-$500,000 — P3. $25,000,000-$50,000,000
3. Value Method Codes: (See Column C2) — Q. Appraisal — U. Book Value

B. $1,001-$2,500 — G. $100,001-$1,000,000 — C. $2,501-$5,000 — H1. $1,000,001-$5,000,000 — D. $5,001-$15,000 — H2. More than $5,000,000 — E. $15,001-$50,000

K. $15,001-$50,000 — L. $50,001-$100,000 — O. $500,001-$1,000,000 — P1. $1,000,001-$5,000,000 — P2. $5,000,001-$25,000,000 — M. $100,001-$250,000 — P4. More than $50,000,000

R. Cost (Real Estate Only) — S. Assessment — W. Estimated — T. Cash Market — V. Other

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 01/26/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Oppenheimer Sm & Mid Cap Val Fd N | A | Dividend | J | T | | | | | |
| 19. Oppenheimer Value Fund N | A | Dividend | J | T | | | | | |
| 20. Oppenheimer Equity N | A | Dividend | J | T | | | | | |
| 21. FIA Card Services NA RASP | | None | J | T | | | | | |
| 22. Altria Group Inc | A | Dividend | J | T | | | | | |
| 23. Apple, Inc | | None | K | T | | | | | |
| 24. Cliffs Natural Resources | A | Dividend | J | T | | | | | |
| 25. Forest Oil Corp New | | None | J | T | | | | | |
| 26. Halliburton Company | A | Dividend | J | T | | | | | |
| 27. JP Morgan Chase & Co | A | Dividend | J | T | | | | | |
| 28. Sandisk Corp Inc | | None | J | T | | | | | |
| 29. Terex Corp Del New Com | | None | J | T | | | | | |
| 30. Unitedhealth Group Inc | A | Dividend | J | T | | | | | |
| 31. Ishares IBOXX S | A | Dividend | J | T | | | | | |
| 32. Ishares Bardys Tips BO | A | Dividend | J | T | | | | | |
| 33. Ishares IBOXXS High Yiel | A | Dividend | J | T | | | | | |
| 34. Ishares Gold TR | A | Dividend | J | T | | | | | |

1. Income Gain Codes: A. $1,000 or less / B. $1,001 $2,500 / C. $2,501 $5,000 / D. $5,001 $15,000 / E. $15,001 $50,000
(See Columns B1 and D4) F. $50,001 $100,000 / G. $100,001 $1,000,000 / H1. $1,000,001 $5,000,000 / H2. More than $5,000,000
2. Value Codes: J. $15,000 or less / K. $15,001 $50,000 / L. $50,001 $100,000 / M. $100,001 $250,000
(See Columns C1 and D3) N. $250,001 $500,000 / O. $500,001 $1,000,000 / P1. $1,000,001 $5,000,000 / P2. $5,000,001 $25,000,000
P3. $25,000,001 $50,000,000 / P4. More than $50,000,000
3. Value Method Codes: Q. Appraisal / R. Cost (Real Estate Only) / S. Assessment / T. Cash Market
(See Column C2) U. Book Value / V. Other / W. Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 01/26/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. S&P US PFD Stk Index FD | A | Dividend | J | T | | | | | |
| 36. United Contl Hldgs Inc | | None | J | T | | | | | |
| 37. New York Life Insurance Company - Whole Life | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A. $1,000 or less | B. $1,001 - $2,500 | C. $2,501 - $5,000 | D. $5,001 - $15,000 | E. $15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F. $50,001 - $100,000 | G. $100,001 - $1,000,000 | H1. $1,000,001 - $5,000,000 | H2. More than $5,000,000 |
| | J. $15,000 or less | K. $15,001 - $50,000 | L. $50,001 - $100,000 | M. $100,001 - $250,000 |
| | N. $250,001 - $500,000 | O. $500,001 - $1,000,000 | P1. $1,000,001 - $5,000,000 | P2. $5,000,001 - $25,000,000 |
| | | | P3. $25,000,001 - $50,000,000 | P4. More than $50,000,000 |
| 3. Value Method Codes (See Column C2) | Q. Appraisal | R. Cost (Real Estate Only) | S. Assessment | T. Cash Market |
| | U. Book Value | V. Other | W. Estimated | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 11 | 422 | Notes payable to banks-secured | | 10 | 467 |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | 3 | 051 |
| Listed securities – see schedule | | 360 | 106 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 1 | 200 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | 5 | 090 | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – see schedule | | 158 | 426 |
| Real estate owned – see schedule | | 247 | 137 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 105 | 100 | - Wells Fargo line of credit | | 3 | 098 |
| Cash value-life insurance | | 15 | 116 | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 176 | 242 |
| | | | | Net Worth | | 567 | 729 |
| Total Assets | | 743 | 971 | Total liabilities and net worth | | 743 | 971 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |